

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRYAN BEETLER, | ) | CASE NO. 5:11-CV-00132 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID D. DOWD, JR. |
| | ) | Magistrate George J. Limbert |
| v. | ) | |
| | ) | |
| TRANS-FOAM, INC., et al., | ) | |
| | ) | **PLAINTIFF'S MOTION FOR** |
| Defendants. | ) | **ADMISSION PRO HAC VICE** |

**PLAINTIFF'S COUNSEL'S MOTION FOR ADMISSION PRO HAC VICE**

**NOW COMES The Law Offices of Cassandra Collier-Williams, LLC**, and in his motion to this Honorable Court states the following:

1. That Bryan Beetler, has retained Attorney David C. Wims, to represent him regarding his claim for damages arising out of an employment action that occurred in the State of Ohio, and is the subject of the above captioned matter.

2. That Attorney David C. Wims is licensed to practice law in the State of New York, in good standing, but not licensed to practice law in the State of Ohio. [See attached affidavit with statement of good standing]

**WHEREFORE**, The Law Offices of Cassandra Collier-Williams, LLC, prays that this Honorable Court grant its motion and allow David C. Wims to appear before this Honorable Court, for the sole purpose of representing Bryan Beetler in the above captioned matter.

Respectfully submitted,

**THE LAW OFFICES OF CASSANDRA COLLIER-WILLIAMS, LLC**

*/s/ Cassandra Collier-Williams*

**CASSANDRA COLLIER-WILLIAMS, ESQ., #0051951**
**ANTHONY T. PARKER, ESQ., #0068873**
P.O. Box 94062
Cleveland, Ohio 44101
(216) 621-9190
(216) 621-9020 (fax)

Counsel for Plaintiff
Bryan Beetler

## CERTIFICATE OF SERVICE

A copy of the foregoing **Plaintiff's Motion for Pro Hac Vice** was delivered via ordinary mail to the following this 12th day of May, 2011:

1.  Bryan Beetler
    6383 Rock Spring Road
    Ravenna, Ohio 44266

    Plaintiff

2.  Trans-Foam, Inc.
    281 Southwest Avenue
    Tallmadge, Ohio 44278

    Defendant

3.  Trans-Foam, Inc.
    c/o Statutory Agent
    William S. Pidcock
    236 3rd Street Southwest
    Canton, Ohio 44702

    Defendant

4.  Todd Jordan
    281 Southwest Avenue
    Tallmadge, Ohio 44278

    Defendant

---

**CASSANDRA COLLIER-WILLIAMS, ESQ., #0051951**
**ANTHONY T. PARKER, ESQ., #0068873**

Counsel for Plaintiff
Bryan Beetler